| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Michael Valtierrez | CASE NO.: 6:23-bk-12285-RB<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 6/2/23      Michael Valtierrez                    [signature]
                  Printed name of Debtor 1              Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____              _____
                  Printed name of Debtor 2              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                    F 1002-1.EMP.INCOME.DEC




## Employee Pay Statement
Pay Period End Date: 05/15/2023

| **Employee ID:** 477001 | **Employee Name:** MICHAEL M VALTIERREZ | **Bank ID/Acct No:** 121042882/XXXXXX1802 |
|---|---|---|
| **Home Department:** HS Health Svcs | **Home Unit:** 87901 HA Call Center | **Pay Location:** 11011 110 - PAY LCTN |

### Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 3,115.90 | .00 | 1,486.91 | 1,628.99 | 05/30/2023 | 05/15/2023 | Direct Deposit | Regular | 00000-2032072149 |

### Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 2,830.25 | 17,951.80 | FNL SNL NO EIC | SINGLE | 0 | | N | | .00 | .00 | .00 | 02/16/2023 |
| DE-4 | STATE TAX | 2,830.25 | 25,840.30 | | SINGLE | 0 | 0 | | | | | .00 | 02/16/2023 |
| MEDI | MEDICARE TAX | 3,207.43 | 29,462.64 | HIT ONLY | | | | | | | | | 02/16/2023 |
| W-5 | EIC | | | | | | | | | | | | 02/16/2023 |

### Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,518.37 | 24,479.70 | .00 |
| EHZNR | HORIZONS PLAN | 2,948.18 | 26,916.99 | |
| PRRDN | LACERA PLAN D | 2,518.37 | 24,479.70 | |
| RHZNR | HORIZONS MATCH | 2,288.37 | 22,883.70 | |

### Cafeteria Benefits Information

| Cafeteria Category | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C3 | KAISER 721 FAM | | .00 | .00 | .00 | 9,100.10 | .00 | .00 | .00 | 9,100.10 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | .00 | .00 | 354.50 | .00 | .00 | .00 | 354.50 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | .00 | 29.75 | .00 | .00 | .00 | 29.75 | .00 |
| EL202 | EL202 | 8XNE | LIFE 8XSAL | | .00 | .00 | .00 | 13.60 | .00 | .00 | .00 | 13.60 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | .00 | 15.00 | .00 | .00 | .00 | 15.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | .00 | .00 | 50.00 | .00 | .00 | .00 | 50.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | .00 | 18.95 | .00 | .00 | .00 | 18.95 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$.00** | **$9,581.90** | **$.00** | **$.00** | **$.00** | **$9,581.90** | **$.00** |

### Earnings Information - Current Pay Period 05/15/2023

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 8103 A  COMNTY HLTH WKR | HS | 28.6046 | 099 REGULAR EARNS | 75:00 | 2,145.35 | 20,589.09 |
| 8103 A  COMNTY HLTH WKR | HS | 2.0000 | 504 NITE SHIFT | 90:00 | 180.00 | 1,096.00 |
| 8103 A  COMNTY HLTH WKR | HS | 50.0000 | 608 BILNGL BONS | 1.00 | 50.00 | 500.00 |
| 8103 A  COMNTY HLTH WKR | HS | 26.3031 | 701 PAID OT | 15:00 | 394.55 | 1,972.76 |
| 8103 A  COMNTY HLTH WKR | HS | 14.9334 | 731 PRM OT-SYSM | 15:00 | 224.00 | 975.43 |
| 8103 A  COMNTY HLTH WKR | HS | .0000 | PFA36 FLEX EARN ADV | 1.00 | 122.00 | .00 |
| 8103 A  COMNTY HLTH WKR | HS | | PPO36 FLEX EARN | .00 | .00 | 1,220.00 |
| 8103 A  COMNTY HLTH WKR | HS | | PY012 HOLIDAY | 00:00 | .00 | 627.57 |
| 8103 A  COMNTY HLTH WKR | HS | | PY021 VACATION | 00:00 | .00 | 1,489.69 |
| 8103 A  COMNTY HLTH WKR | HS | | PY028 AWOP UNAUTH | 00:00 | .00 | .00 |
| **Total Current Earnings** | | | | | **$3,115.90** | **$28,470.54** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

### Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 2,830.25 | 300.17 | .00 | 1,722.32 |
| STATX | STATX | STATX | STATE TAX | | 2,830.25 | 120.68 | .00 | 994.80 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 3,207.43 | 46.51 | .00 | 427.21 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 6.6600% | 2,518.37 | 167.72 | .00 | 1,630.35 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 4.0000% | 2,948.18 | 117.93 | .00 | 1,076.69 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 157.42 | .00 | 1,552.52 |
| EL203 | EL203 | 8XNE | LIFE 8XSAL | | .00 | .00 | .00 | 119.20 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 14.15 |
| GNSHF | GN016 | S-12 | SHERIFF'S GARN | 18.0000% | 2,480.82 | 446.55 | .00 | 446.55 |
| GNADM | GNADM | GNADM | GARN ADMIN FEE | | .00 | 1.50 | .00 | 1.50 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 36.03 | .00 | 360.30 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 92.40 | .00 | 924.00 |
| **Total Taxes/Deductions** | | | | | | **$1,486.91** | **$.00** | **$9,269.59** |

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 8XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 76.80 |




# Employee Pay Statement
Pay Period End Date: 05/15/2023

**Employee ID:** 477001  
**Home Department:** HS Health Svcs  

**Employee Name:** MICHAEL M VALTIERREZ  
**Home Unit:** 87901 HA Call Center  

**Bank ID/Acct No:** 121042882/XXXXXX1802  
**Pay Location:** 11011 110 - PAY LCTN  

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 2,288.37 | 91.53 | 915.30 | .00 | .00 |
| RS505 | RS505 | OP5 | DEP CARE SUB-OP | | .00 | .00 | 607.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$91.53** | **$1,522.30** | **$.00** | **$76.80** |

## Leave Benefits Information As Of: 05/15/2023

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 00:00 | 216:16 | |
| LV012 | HOLIDAY | 16:00 | 34:15 | |
| LV021 | VACATION | 50:15 | 228:11 | |
| LV112 | SICK PERSNL | 00:00 | 96:00 | |
| LV162 | SICK 65% | 00:00 | 320:00 | |
| LV164 | SICK 50% | 00:00 | 560:00 | |

 

# Employee Pay Statement
Pay Period End Date: 04/30/2023

| Employee ID: | 477001 | Employee Name: | MICHAEL M VALTIERREZ | Bank ID/Acct No: | 121042882/XXXXXX1802 |
|---|---|---|---|---|---|
| Home Department: | HS Health Svcs | Home Unit: | 87901 HA Call Center | Pay Location: | 11011 110 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 3,053.52 | .00 | 1,049.07 | 2,004.45 | 05/15/2023 | 04/30/2023 | Direct Deposit | Regular | 00000-2031967093 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 2,785.11 | 15,121.55 | FNL SNL NO EIC | SINGLE | 0 | | N | .00 | .00 | .00 | .00 | 02/16/2023 |
| DE-4 | STATE TAX | 2,785.11 | 23,010.05 | | SINGLE | 0 | 0 | | | | | .00 | 02/16/2023 |
| MEDI | MEDICARE TAX | 3,160.41 | 26,255.21 | HIT ONLY | | | | | | | | | 02/16/2023 |
| W-5 | EIC | | | | | | | | | | | | 02/16/2023 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,518.37 | 21,961.33 | |
| EHZNR | HORIZONS PLAN | 2,901.16 | 23,968.81 | .00 |
| PRRDN | LACERA PLAN D | 2,518.37 | 21,961.33 | |
| RHZNR | HORIZONS MATCH | 2,288.37 | 20,595.33 | |

## Cafeteria Benefits Information

| Cafeteria Category | | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | | .00% | 2,324.72 | .00 | 1,916.38 | 244.00 | 244.00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C3 | KAISER 721 FAM | | .00 | 1,820.02 | 9,100.10 | .00 | .00 | 1,820.02 | 9,100.10 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | 70.90 | 354.50 | .00 | .00 | 70.90 | 354.50 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | 5.95 | 29.75 | .00 | .00 | 5.95 | 29.75 | .00 |
| EL202 | EL202 | 8XNE | LIFE 8XSAL | 6.0350% | 45.00 | 2.72 | 13.60 | .00 | .00 | 2.72 | 13.60 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | 3.00 | 15.00 | .00 | .00 | 3.00 | 15.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | 10.00 | 50.00 | .00 | .00 | 10.00 | 50.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | 3.79 | 18.95 | .00 | .00 | 3.79 | 18.95 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$1,916.38** | **$9,581.90** | **$.00** | **$.00** | **$1,916.38** | **$9,581.90** | **$.00** |

## Earnings Information - Current Pay Period 04/30/2023

| Title/Sub-Title | | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|
| 8103 A | COMNTY HLTH WKR | HS | 28.6046 | 099 REGULAR EARNS | 80:00 | 2,288.37 | 18,443.74 |
| 8103 A | COMNTY HLTH WKR | HS | 2.0000 | 504 NITE SHIFT | 90:00 | 180.00 | 916.00 |
| 8103 A | COMNTY HLTH WKR | HS | 50.0000 | 608 BILNGL BONS | 1.00 | 50.00 | 450.00 |
| 8103 A | COMNTY HLTH WKR | HS | 26.3031 | 701 PAID OT | 10:00 | 263.03 | 1,578.21 |
| 8103 A | COMNTY HLTH WKR | HS | 15.0116 | 731 PRM OT-SYSM | 10:00 | 150.12 | 751.43 |
| 8103 A | COMNTY HLTH WKR | HS | .0000 | PFA36 FLEX EARN ADV | 1.00 | (122.00) | (122.00) |
| 8103 A | COMNTY HLTH WKR | HS | .0000 | PPO36 FLEX EARN | 1.00 | 244.00 | 1,220.00 |
| 8103 A | COMNTY HLTH WKR | HS | | PY012 HOLIDAY | 00:00 | .00 | 627.57 |
| 8103 A | COMNTY HLTH WKR | HS | | PY021 VACATION | 00:00 | .00 | 1,489.69 |
| **Total Current Earnings** | | | | | | **$3,053.52** | **$25,354.64** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 2,785.11 | 290.24 | .00 | 1,422.15 |
| STATX | STATX | STATX | STATE TAX | | 2,785.11 | 116.71 | .00 | 874.12 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 3,160.41 | 45.83 | .00 | 380.70 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 6.6600% | 2,518.37 | 167.72 | .00 | 1,462.63 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 4.0000% | 2,901.16 | 116.05 | .00 | 958.76 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 157.42 | .00 | 1,395.10 |
| EL203 | EL203 | 8XNE | LIFE 8XSAL | 6.0350% | 395.00 | 23.84 | .00 | 119.20 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | 2.83 | .00 | 14.15 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 36.03 | .00 | 324.27 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 92.40 | .00 | 831.60 |
| **Total Taxes/Deductions** | | | | | | **$1,049.07** | **$.00** | **$7,782.68** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 8XNE | LIFE IMP INC | | 392.00 | .00 | .00 | 15.36 | 76.80 |

 

# Employee Pay Statement
Pay Period End Date: 04/30/2023

**Employee ID:** 477001  
**Home Department:** HS Health Svcs  

**Employee Name:** MICHAEL M VALTIERREZ  
**Home Unit:** 87901 HA Call Center  

**Bank ID/Acct No:** 121042882/XXXXXX1802  
**Pay Location:** 11011 110 - PAY LCTN  

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 2,288.37 | 91.53 | 823.77 | .00 | .00 |
| RS505 | RS505 | OP5 | DEP CARE SUB-OP | | .00 | 107.00 | 607.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$198.53** | **$1,430.77** | **$15.36** | **$76.80** |

## Leave Benefits Information As Of: 04/30/2023

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 00:00 | 212:11 | |
| LV012 | HOLIDAY | 16:00 | 34:15 | |
| LV021 | VACATION | 50:15 | 221:39 | |
| LV112 | SICK PERSNL | 00:00 | 96:00 | |
| LV162 | SICK 65% | 00:00 | 320:00 | |
| LV164 | SICK 50% | 00:00 | 560:00 | |




# Employee Pay Statement
Pay Period End Date: 04/15/2023

| Employee ID: | 477001 | Employee Name: | MICHAEL M VALTIERREZ | Bank ID/Acct No: | 121042882/XXXXXX1802 |
|---|---|---|---|---|---|
| Home Department: | HS Health Svcs | Home Unit: | 87901 HA Call Center | Pay Location: | 11011 110 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 2,620.37 | .00 | 841.04 | 1,779.33 | 04/28/2023 | 04/15/2023 | Direct Deposit | Regular | 00000-2031864054 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 2,355.82 | 12,336.44 | FNL SNL NO EIC | SINGLE | 0 | | N | | .00 | .00 | .00 | 02/16/2023 |
| DE-4 | STATE TAX | 2,355.82 | 20,224.94 | | SINGLE | 0 | 0 | | | | | .00 | 02/16/2023 |
| MEDI | MEDICARE TAX | 2,711.90 | 23,094.80 | HIT ONLY | | | | | | | | | 02/16/2023 |
| W-5 | EIC | | | | | | | | | | | | 02/16/2023 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,498.37 | 19,442.96 | .00 |
| EHZNR | HORIZONS PLAN | 2,453.98 | 21,067.65 | |
| PRRDN | LACERA PLAN D | 2,498.37 | 19,442.96 | |
| RHZNR | HORIZONS MATCH | 2,288.37 | 18,306.96 | |

## Cafeteria Benefits Information

| Cafeteria Category | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C3 | KAISER 721 FAM | | .00 | .00 | 7,280.08 | .00 | .00 | .00 | 7,280.08 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | .00 | 283.60 | .00 | .00 | .00 | 283.60 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | 23.80 | .00 | .00 | .00 | 23.80 | .00 |
| EL202 | EL202 | 8XNE | LIFE 8XSAL | | .00 | .00 | 10.88 | .00 | .00 | .00 | 10.88 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | 12.00 | .00 | .00 | .00 | 12.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | .00 | 40.00 | .00 | .00 | .00 | 40.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | 15.16 | .00 | .00 | .00 | 15.16 | .00 |
| **Total Cafeteria Benefits** | | | | | | $.00 | $7,665.52 | $.00 | $.00 | $.00 | $7,665.52 | $.00 |

## Earnings Information - Current Pay Period 04/15/2023

| | Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|
| 8103 A | COMNTY HLTH WKR | HS | 25.4263 | 099 REGULAR EARNS | 80:00 | 2,034.11 | 16,155.37 |
| 8103 A | COMNTY HLTH WKR | HS | 2.0000 | 504 NITE SHIFT | 80:00 | 160.00 | 736.00 |
| 8103 A | COMNTY HLTH WKR | HS | 50.0000 | 608 BILNGL BONS | 1.00 | 50.00 | 400.00 |
| 8103 A | COMNTY HLTH WKR | HS | | 701 PAID OT | 00:00 | .00 | 1,315.18 |
| 8103 A | COMNTY HLTH WKR | HS | | 731 PRM OT-SYSM | 00:00 | .00 | 601.31 |
| 8103 A | COMNTY HLTH WKR | HS | .0000 | PFA36 FLEX EARN ADV | 1.00 | 122.00 | .00 |
| 8103 A | COMNTY HLTH WKR | HS | | PPO36 FLEX EARN | .00 | .00 | 976.00 |
| 8103 A | COMNTY HLTH WKR | HS | | PY012 HOLIDAY | 00:00 | .00 | 627.57 |
| 8103 A | COMNTY HLTH WKR | HS | 25.4263 | PY021 VACATION | 10:00 | 254.26 | 1,489.69 |
| **Total Current Earnings** | | | | | | **$2,620.37** | **$22,301.12** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 2,355.82 | 204.28 | .00 | 1,131.91 |
| STATX | STATX | STATX | STATE TAX | | 2,355.82 | 79.96 | .00 | 757.41 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 2,711.90 | 39.32 | .00 | 334.87 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 6.6600% | 2,498.37 | 166.39 | .00 | 1,294.91 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 4.0000% | 2,453.98 | 98.16 | .00 | 842.71 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 124.50 | .00 | 1,237.68 |
| EL203 | EL203 | 8XNE | LIFE 8XSAL | | .00 | .00 | .00 | 95.36 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 11.32 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 36.03 | .00 | 288.24 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 92.40 | .00 | 739.20 |
| **Total Taxes/Deductions** | | | | | | **$841.04** | **$.00** | **$6,733.61** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 8XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 61.44 |





## Employee Pay Statement
Pay Period End Date: 04/15/2023

**Employee ID:** 477001  
**Home Department:** HS Health Svcs  

**Employee Name:** MICHAEL M VALTIERREZ  
**Home Unit:** 87901 HA Call Center  

**Bank ID/Acct No:** 121042882/XXXXXX1802  
**Pay Location:** 11011 110 - PAY LCTN  

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 2,288.37 | 91.53 | 732.24 | .00 | .00 |
| RS505 | RS505 | OP5 | DEP CARE SUB-OP | | .00 | .00 | 500.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$91.53** | **$1,232.24** | **$.00** | **$61.44** |

### Leave Benefits Information As Of: 04/15/2023

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 00:00 | 207:50 | |
| LV012 | HOLIDAY | 16:00 | 34:15 | |
| LV021 | VACATION | 50:15 | 214:41 | |
| LV112 | SICK PERSNL | 00:00 | 96:00 | |
| LV162 | SICK 65% | 00:00 | 320:00 | |
| LV164 | SICK 50% | 00:00 | 560:00 | |




# Employee Pay Statement
Pay Period End Date: 03/31/2023

| Employee ID: | 477001 | Employee Name: | MICHAEL M VALTIERREZ | Bank ID/Acct No: | 121042882/XXXXXX1802 |
|---|---|---|---|---|---|
| Home Department: | HS Health Svcs | Home Unit: | 87901 HA Call Center | Pay Location: | 11011 110 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 2,583.04 | .00 | 862.43 | 1,720.61 | 04/14/2023 | 03/31/2023 | Direct Deposit | Regular | 00000-2031760976 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 2,334.92 | 9,980.62 | FNL SNL NO EIC | SINGLE | 0 | | N | | .00 | .00 | .00 | 02/16/2023 |
| DE-4 | STATE TAX | 2,334.92 | 17,869.12 | | SINGLE | 0 | 0 | | | | | .00 | 02/16/2023 |
| MEDI | MEDICARE TAX | 2,689.93 | 20,382.90 | HIT ONLY | | | | | | | | | 02/16/2023 |
| W-5 | EIC | | | | | | | | | | | | 02/16/2023 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,495.37 | 16,944.59 | .00 |
| EHZNR | HORIZONS PLAN | 2,432.21 | 18,613.67 | |
| PRRDN | LACERA PLAN D | 2,495.37 | 16,944.59 | |
| RHZNR | HORIZONS MATCH | 2,288.37 | 16,018.59 | |

## Cafeteria Benefits Information

| Cafeteria Category | | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | | .00% | 2,324.72 | .00 | 1,916.38 | 244.00 | 244.00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C3 | KAISER 721 FAM | | .00 | 1,820.02 | 7,280.08 | .00 | .00 | 1,820.02 | 7,280.08 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | 70.90 | 283.60 | .00 | .00 | 70.90 | 283.60 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | 5.95 | 23.80 | .00 | .00 | 5.95 | 23.80 | .00 |
| EL202 | EL202 | 8XNE | LIFE 8XSAL | 6.0350% | 45.00 | 2.72 | 10.88 | .00 | .00 | 2.72 | 10.88 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | 3.00 | 12.00 | .00 | .00 | 3.00 | 12.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | 10.00 | 40.00 | .00 | .00 | 10.00 | 40.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | 3.79 | 15.16 | .00 | .00 | 3.79 | 15.16 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$1,916.38** | **$7,665.52** | **$.00** | **$.00** | **$1,916.38** | **$7,665.52** | **$.00** |

## Earnings Information - Current Pay Period 03/31/2023

| Title/Sub-Title | | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|
| 8103 A | COMNTY HLTH WKR | HS | 22.8837 | 099 REGULAR EARNS | 78:30 | 1,796.36 | 14,121.26 |
| 8103 A | COMNTY HLTH WKR | HS | 2.0000 | 504 NITE SHIFT | 78:30 | 157.00 | 576.00 |
| 8103 A | COMNTY HLTH WKR | HS | 50.0000 | 608 BILNGL BONS | 1.00 | 50.00 | 350.00 |
| 8103 A | COMNTY HLTH WKR | HS | | 701 PAID OT | 00:00 | .00 | 1,315.18 |
| 8103 A | COMNTY HLTH WKR | HS | | 731 PRM OT-SYSM | 00:00 | .00 | 601.31 |
| 8103 A | COMNTY HLTH WKR | HS | .0000 | PFA36 FLEX EARN ADV | 1.00 | (122.00) | (122.00) |
| 8103 A | COMNTY HLTH WKR | HS | .0000 | PPO36 FLEX EARN | 1.00 | 244.00 | 976.00 |
| 8103 A | COMNTY HLTH WKR | HS | | PY012 HOLIDAY | 00:00 | .00 | 627.57 |
| 8103 A | COMNTY HLTH WKR | HS | 22.8837 | PY021 VACATION | 20:00 | 457.68 | 1,235.43 |
| 8103 A | COMNTY HLTH WKR | HS | | PY028 AWOP UNAUTH | 00:00 | .00 | .00 |
| **Total Current Earnings** | | | | | | **$2,583.04** | **$19,680.75** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 2,334.92 | 201.77 | .00 | 927.63 |
| STATX | STATX | STATX | STATE TAX | | 2,334.92 | 78.58 | .00 | 677.45 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 2,689.93 | 39.00 | .00 | 295.55 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 6.6600% | 2,495.37 | 166.19 | .00 | 1,128.52 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 4.0000% | 2,432.21 | 97.29 | .00 | 744.55 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 124.50 | .00 | 1,113.18 |
| EL203 | EL203 | 8XNE | LIFE 8XSAL | 6.0350% | 395.00 | 23.84 | .00 | 95.36 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | 2.83 | .00 | 11.32 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 36.03 | .00 | 252.21 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 92.40 | .00 | 646.80 |
| **Total Taxes/Deductions** | | | | | | **$862.43** | **$.00** | **$5,892.57** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 8XNE | LIFE IMP INC | | 392.00 | .00 | .00 | 15.36 | 61.44 |

Report ID: PAY-SCPAYEMPPAYSTMT    14050    Run Date: 04/08/2023 11:55AM



## Employee Pay Statement
Pay Period End Date: 03/31/2023

**Employee ID:** 477001  
**Home Department:** HS Health Svcs  

**Employee Name:** MICHAEL M VALTIERREZ  
**Home Unit:** 87901 HA Call Center  

**Bank ID/Acct No:** 121042882/XXXXXX1802  
**Pay Location:** 11011 110 - PAY LCTN  

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 2,288.37 | 91.53 | 640.71 | .00 | .00 |
| RS505 | RS505 | OP5 | DEP CARE SUB-OP | | .00 | 125.00 | 500.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$216.53** | **$1,140.71** | **$15.36** | **$61.44** |

### Leave Benefits Information As Of: 03/31/2023

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 00:00 | 203:29 | |
| LV012 | HOLIDAY | 16:00 | 34:15 | |
| LV021 | VACATION | 40:15 | 217:43 | |
| LV112 | SICK PERSNL | 00:00 | 96:00 | |
| LV162 | SICK 65% | 00:00 | 320:00 | |
| LV164 | SICK 50% | 00:00 | 560:00 | |



# Employee Pay Statement

Pay Period End Date: 03/15/2023

| **Employee ID:** 477001 | **Employee Name:** MICHAEL M VALTIERREZ | **Bank ID/Acct No:** 121042882/XXXXXX1802 |
|---|---|---|
| **Home Department:** HS Health Svcs | **Home Unit:** 87901 HA Call Center | **Pay Location:** 11011 110 - PAY LCTN |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 2,589.37 | .00 | 872.48 | 1,716.89 | 03/30/2023 | 03/15/2023 | Direct Deposit | Regular | 00000-2031655486 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 2,328.04 | 7,645.70 | FNL SNL NO EIC | SINGLE | 0 | | N | | .00 | .00 | .00 | 02/16/2023 |
| DE-4 | STATE TAX | 2,328.04 | 15,534.20 | | SINGLE | 0 | 0 | | | | | .00 | 02/16/2023 |
| MEDI | MEDICARE TAX | 2,680.90 | 17,692.97 | HIT ONLY | | | | | | | | | 02/16/2023 |
| W-5 | EIC | | | | | | | | | | | | 02/16/2023 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,467.37 | 14,449.22 | |
| EHZNR | HORIZONS PLAN | 2,425.04 | 16,181.46 | .00 |
| PRRDN | LACERA PLAN D | 2,467.37 | 14,449.22 | |
| RHZNR | HORIZONS MATCH | 2,288.37 | 13,730.22 | |

## Cafeteria Benefits Information

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF136 | EF136 | C3 | KAISER 721 FAM | | .00 | .00 | 5,460.06 | .00 | .00 | .00 | 5,460.06 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | .00 | 212.70 | .00 | .00 | .00 | 212.70 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | 17.85 | .00 | .00 | .00 | 17.85 | .00 |
| EL202 | EL202 | 8XNE | LIFE 8XSAL | | .00 | .00 | 8.16 | .00 | .00 | .00 | 8.16 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | 9.00 | .00 | .00 | .00 | 9.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | .00 | 30.00 | .00 | .00 | .00 | 30.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | 11.37 | .00 | .00 | .00 | 11.37 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$.00** | **$5,749.14** | **$.00** | **$.00** | **$.00** | **$5,749.14** | **$.00** |

## Earnings Information - Current Pay Period 03/15/2023

| Title/Sub-Title | | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|---|
| 8103 A | COMNTY HLTH WKR | HS | 28.6046 | 099 REGULAR EARNS | 64:30 | 1,844.99 | 12,324.90 |
| 8103 A | COMNTY HLTH WKR | HS | 2.0000 | 504 NITE SHIFT | 64:30 | 129.00 | 419.00 |
| 8103 A | COMNTY HLTH WKR | HS | 50.0000 | 608 BILNGL BONS | 1.00 | 50.00 | 300.00 |
| 8103 A | COMNTY HLTH WKR | HS | | 701 PAID OT | 00:00 | .00 | 1,315.18 |
| 8103 A | COMNTY HLTH WKR | HS | | 731 PRM OT-SYSM | 00:00 | .00 | 601.31 |
| 8103 A | COMNTY HLTH WKR | HS | .0000 | PFA36 FLEX EARN ADV | 1.00 | 122.00 | .00 |
| 8103 A | COMNTY HLTH WKR | HS | | PPO36 FLEX EARN | .00 | .00 | 732.00 |
| 8103 A | COMNTY HLTH WKR | HS | | PY012 HOLIDAY | 00:00 | .00 | 627.57 |
| 8103 A | COMNTY HLTH WKR | HS | 28.6046 | PY021 VACATION | 15:30 | 443.38 | 777.75 |
| **Total Current Earnings** | | | | | | **$2,589.37** | **$17,097.71** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 2,328.04 | 200.94 | .00 | 725.86 |
| STATX | STATX | STATX | STATE TAX | | 2,328.04 | 78.13 | .00 | 598.87 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 2,680.90 | 38.87 | .00 | 256.55 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 6.6600% | 2,467.37 | 164.33 | .00 | 962.33 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 4.0000% | 2,425.04 | 97.00 | .00 | 647.26 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 164.78 | .00 | 988.68 |
| EL203 | EL203 | 8XNE | LIFE 8XSAL | | .00 | .00 | .00 | 71.52 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 8.49 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 36.03 | .00 | 216.18 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 92.40 | .00 | 554.40 |
| **Total Taxes/Deductions** | | | | | | **$872.48** | **$.00** | **$5,030.14** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 8XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 46.08 |




## Employee Pay Statement
Pay Period End Date: 03/15/2023

**Employee ID:** 477001  
**Home Department:** HS Health Svcs  

**Employee Name:** MICHAEL M VALTIERREZ  
**Home Unit:** 87901 HA Call Center  

**Bank ID/Acct No:** 121042882/XXXXXX1802  
**Pay Location:** 11011 110 - PAY LCTN  

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 2,288.37 | 91.53 | 549.18 | .00 | .00 |
| RS505 | RS505 | OP5 | DEP CARE SUB-OP | | .00 | .00 | 375.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$91.53** | **$924.18** | **$.00** | **$46.08** |

### Leave Benefits Information As Of: 03/15/2023

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 00:00 | 199:12 | |
| LV012 | HOLIDAY | 16:00 | 26:15 | |
| LV021 | VACATION | 20:15 | 230:51 | |
| LV112 | SICK PERSNL | 00:00 | 96:00 | |
| LV162 | SICK 65% | 00:00 | 320:00 | |
| LV164 | SICK 50% | 00:00 | 560:00 | |